UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br> | Crim. No. 25-725 (WJM)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that the United States (Francesca Liquori and Matthew H. Specht, Assistant United States Attorneys, appearing) will move before the Honorable William J. Martini, United States District Judge for the District of New Jersey, on December 18, 2025, for an order:

1. Captioning this matter *United States v. John Doe*; and
2. Sealing portions of the corresponding docket.

Respectfully submitted,

TODD BLANCHE
U.S. Deputy Attorney General

PHILIP LAMPARELLO
Senior Counsel

*Francesca Liquori*
_____
Francesca Liquori
Matthew H. Specht
Assistant United States Attorneys